UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| ERIC CHRISTIAN, | Case No. 2:19-cv-00364-RFB-GWF |
| Plaintiff, | |
| v. | |
| CHRISTOPHER HOYE., *et al*., | **ORDER** |
| Defendants. | |

This matter is before the Court on the Plaintiff's Application to Proceed *in Forma Pauperis* (ECF No. 1) filed on February 28, 2019 and Plaintiff's Second *Application to Proceed in Forma Pauperis* (ECF No. 4) filed April 10, 2019.

The court may authorize the commencement of an action without pre-payment of fees and costs or security therefor, by a person who submits an affidavit that includes a statement showing the person is unable to pay such costs. 28 U.S.C. § 1915(a)(1). Once the Court reviews an application to proceed in *forma pauperis* brought by an incarcerated or institutionalized person, and determines that the prisoner is unable to pre-pay the filing fee, the Court will grant the application and the full amount of a filing fee will be deducted overtime from the prisoner's inmate trust account. 28 U.S.C. § 1915(b)(1). A complete in *forma pauperis* application must include three attachments to be filed simultaneously with the application and complaint: (1) a copy of the inmates trust account statement for the last six months; (2) financial certificate signed by a prison official; (3) financial affidavit signed by prisoner showing an inability to prepay fees and costs or give security for them. LSR1-2.

Plaintiff's application to proceed in *forma pauperis* (ECF No. 1) is incomplete. The application consists of two handwritten pages and is missing a copy of the inmate's trust account statement for the preceding six months and financial certificate signed by a prison official.

1

1 | Similarly, Plaintiff's second application to proceed *in forma pauperis* (ECF No. 4) is permitted only in state court and is therefore incorrect. Accordingly,

**IT IS HEREBY ORDERED** Plaintiff's Application to Proceed in *Forma Pauperis* (ECF No. 1) and Plaintiff's Second Application to Proceed in *Forma Pauperis* (ECF No. 4) be **denied**, without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **September 6, 2019** to file his completed Application to Proceed *in Forma Pauperis* or file the requisite $400.00 filing fee.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall retain the complaint (ECF No. 1-1) but shall not file it at this time.

Dated this 30th day of July, 2019.

_George Foley Jr._
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE