UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ERIC CHRISTIAN,        | Case No. 2:19-CV-00364-RFB-EJY |
|------------------------|--------------------------------|
| Plaintiff,             |                                |
| v.                     | **ORDER**                      |
| CHRISTOPHER HOYE, et al., |                             |
| Defendants.            |                                |

Before the Court is incarcerated Plaintiff Eric Christian's Motion to Extend Time to File Financial Affidavit (ECF No. 7) for 30 days due to his inability to obtain financial information necessary to complete his *In Forma Pauperis* application.

A review of Plaintiff's Motion and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion (ECF No. 7) is GRANTED. Plaintiff shall have through and including Monday, October 7, 2019 to file his completed financial affidavit in support of his *In Forma Pauperis Application.*

DATED: September 9, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE