UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC CHRISTIAN,<br><br>   Plaintiff,<br><br>v.<br><br>CHRISTOPHER HOYE, et al.,<br><br>   Defendants. | Case No. 2:19-CV-00364-RFB-EJY<br><br>**ORDER** |

Before the Court is Plaintiff Eric Christian's Motion to Extend Time to File Affidavit (Second Request) (ECF No. 10) for an additional 30 days due to his inability to obtain financial information necessary to complete his *In Forma Pauperis* application.

A review of Plaintiff's Motion and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion (ECF No. 10) is GRANTED. Plaintiff shall have through and including Wednesday, November 6, 2019 to file his completed financial affidavit in support of his *In Forma Pauperis Application.*

DATED: September 23, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE