UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERIC CHRISTIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER HOYE, *et al.*,<br><br>　　　　Defendants. | Case No. 2:19-cv-00364-RFB-EJY<br><br>**ORDER** |

Before the Court is Plaintiff Eric Christian's Third Motion to Extend Time to File Financial Affidavit (ECF No. 12) due to his inability to obtain financial information necessary to complete his *In Forma Pauperis* application.

A review of Plaintiff's Motion, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion (ECF No. 12) is GRANTED.

IT IS FURTHER ORDERED that **on or before Thursday, November 21, 2019**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) file an affidavit detailing the efforts he took to acquire a financial certificate and an inmate account statement from prison officials. If Plaintiff chooses to file an affidavit, his affidavit must describe the actions he took to acquire the documents through Monday, November 18, 2019. Plaintiff shall not file an affidavit before that date. Additionally, Plaintiff must submit an application to proceed *in forma pauperis* to this Court even if he is unable to acquire the necessary attachments from prison officials.

DATED: October 22, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1