UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC CHRISTIAN,<br><br>        Plaintiff,<br><br>        v.<br><br>CHRISTOPHER HOYE, et al.,<br><br>        Defendants. | Case No. 2:19-CV-00364-RFB-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's third incomplete Application to Proceed *In Forma Pauperis* (ECF No. 14). In this Application, Plaintiff states he has been incarcerated since July 2016 and has received no income or cash deposition at High Desert State Prison. Plaintiff further contends that he has requested financial information from the prison, but there has been no response to his requests.

The Court may authorize the commencement of an action without pre-payment of fees and costs or security therefor by a person who submits an affidavit that includes a statement showing the person is unable to pay such costs. 28 U.S.C. § 1915(a)(1). Once the Court reviews an application to proceed in *forma pauperis* brought by an incarcerated or institutionalized person, and determines that the prisoner is unable to pre-pay the filing fee, the Court will grant the application and the full amount of a filing fee will be deducted overtime from the prisoner's inmate trust account. 28 U.S.C. § 1915(b)(1). A complete *in forma pauperis* application must include three attachments to be filed simultaneously with the application and complaint: (1) a copy of the inmates trust account statement for the last six months; (2) financial certificate signed by a prison official; (3) financial affidavit signed by prisoner showing an inability to prepay fees and costs or give security for them. LSR1-2.

Plaintiff's third Application to Proceed *In forma Pauperis* remains incomplete and cannot be granted.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 14) is DENIED without prejudice.

1   IT IS FURHER ORDERED that the Clerk of Court **SHALL** mail a paper copy of this Order to Plaintiff at the address included on the third page of his Application:

> Eric Christian
> 1183343
> High Desert State Prison
> P.O. Box 650
> Indian Springs, NV 89070

IT IS FURTHER ORDERED that Plaintiff shall present a copy of this Order to appropriate individuals who are asked by this Court to provide Plaintiff with a (1) copy of his trust account statement for the last six months, and (2) financial certificate signed by a prison official.

IT IS FURTHER ORDERED that Plaintiff shall have 45 days from the date of this Order to file an amended Application to Proceed *In Forma Pauperis*. Plaintiff shall include the above two items together with a financial affidavit signed by him showing an inability to prepay fees and costs or give security for them.

DATED: December 26, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE