UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC CHRISTIAN, | Case No. 2:19-cv-00364-RFB-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| CHRISTOPHER HOYE, et al, | |
| Defendants. | |

On November 6, 2020, Chambers of the undersigned Magistrate Judge received a call from an Assistant United States Attorney stating that Plaintiff is now in custody and, therefore, would not have received a Report and Recommendation issued by the Court on October 22, 2020. While this information should ordinarily be filed on the docket through a notice or motion, and not communicated through a phone call, the Court has confirmed that Plaintiff is in custody at the Nevada Southern Detention Center. Despite the fact that it is Plaintiff's obligation to update his address with the Court, the Court finds it is appropriate to order Plaintiff be mailed the October 22, 2020 Report and Recommendation at his current address.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall update Plaintiff's address of record to:

> Eric Christian
> Prisoner # 33884-037
> Nevada Southern Detention Center
> 2190 East Mesquite Avenue
> Pahrump, Nevada 89060

IT IS FURTHER ORDERED that the Clerk of Court shall mail the October 22, 2020 Report and Recommendation (ECF No. 21) to Plaintiff at the address above.

IT IS FURTHER ORDERED that the time within which Plaintiff may file an objection to the Report and Recommendation is extended to November 23, 2020.

IT IS FURTHER ORDERED that Plaintiff is admonished to keep his address updated with the Clerk of Court at all times.

Dated this 6th day of November, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE