UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC LEON CHRISTIAN., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER HOYE, *et al.*, <br><br> Defendant. | Case No. 2:19-cv-00364-RFB-EJY <br><br> **ORDER** |

Before the Court for consideration are the Reports and Recommendations (ECF Nos. 28, 30, and 32) of the Honorable Elayna J. Youchah, United States Magistrate Judge, entered March 23, 2023, March 24, 2023, and March 28, 2023, respectively.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by April 11, 2023. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF Nos. 28), the Report and Recommendation (ECF No. 30), and the Report and Recommendation (ECF No. 32) are ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that Plaintiff's MOTION for Leave to Proceed (ECF No. 27) is DENIED.

**IT IS FURTHER ORDERED** that Plaintiff's Writ of Execution (ECF No. 29) and Writ of Execution (ECF No. 31) are DENIED.

DATED: May 3, 2023

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**